244 April 24, 2024 No. 265

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

COREY TAKASKI KAMIMAE,
aka Corey Takashi Kamimae,
*Defendant-Appellant.*

Wasco County Circuit Court
21CR02838; A180779

Karen Ostrye, Judge.

Submitted March 8, 2024.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Brett J. Allin, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Jennifer S. Lloyd, Assistant Attorney General, waived appearance for respondent.

Before Lagesen, C. J., and Egan, J.

LAGESEN, C. J.

Affirmed.

**LAGESEN, C. J.**

Defendant appeals from a judgment of conviction for first-degree burglary, ORS 164.225. His appointed counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B. *See* ORAP 5.90(1)(b). We affirm.[1]

The state charged defendant with two counts of first-degree burglary, ORS 164.225 (Counts 1 and 2); strangulation, ORS 163.187 (Count 3); fourth-degree assault, ORS 163.160 (Count 4); harassment, ORS 166.065 (Count 5); and interference with making a report, ORS 165.572 (Count 6). Pursuant to a plea agreement, defendant pleaded no contest to one count of first-degree burglary, ORS 164.225, and the trial court dismissed the other counts. The trial court sentenced defendant to a stipulated sentence of 36 months of supervised probation and imposed conditions of probation including no contact with the victim.

Having reviewed the record, including the trial court file and the transcript of the hearings, and having reviewed the *Balfour* brief, and taking into account our statutorily circumscribed authority to review, *see* ORS 138.105, we have identified no arguably meritorious issues.

Affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel. *See, e.g.*, *State v. Yother*, 310 Or App 563, 484 P3d 1098 (2021) (deciding matter submitted through *Balfour* process by two-judge panel); *Ballinger v. Nooth*, 254 Or App 402, 295 P3d 115 (2012), *rev den*, 353 Or 747 (2013) (same).